**HOMER KNOST CONSTRUCTION COMPA-NY and Argonaut Insurance Company.**

No. 52295.

April 6, 1972.

Under the particular facts, the result is correct. If the disability becomes permanent, the claimant has an adequate remedy to reopen under La.R.S. 23:1331.

259 So.2d 916

**Alvin P. LICHTENTAG**

v.

**Louis BURNS.**

No. 52296.

April 6, 1972.

the ruling complained of is correct.

259 So.2d 916

**Hazel M. RUNDELL et al.**

v.

**Ed MAY and Lelon Swanner, Mayor of the Town of Jonesboro, Louisiana.**

No. 52298.

April 6, 1972.

The judgment is correct.

SUMMERS, J., is of the opinion that a writ should be granted.